AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF    NEVADA

LINWOOD EDWARD TRACY, JR,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                     CASE NUMBER: **3:09-cv-00150-BES-RAM**

ROGERS, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is DISMISSED for lack of subject matter jurisdiction.

   March 27, 2009                                  **LANCE S. WILSON**
                                                                        Clerk

                                                                       /s/ P. McDonald
                                                                      Deputy Clerk